The Honorable Brian D. Lynch
Location: Tacoma, Washington
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

In re:

MICHAL, ERICKA ANNE

            Debtor(s).

No. 19-42329-BDL
CHAPTER 7

TRUSTEE'S OBJECTIONS TO PROPERTY CLAIMED AS EXEMPT

Ericka Michal
1627 6th Ave SW
Puyallup, WA 98371

      TO THE DEBTOR

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the Trustee, Brian L. Budsberg, pursuant to 11 USC Sec. 522(l) and BR 4003(b) hereby objects to all of the debtor(s) claimed exemptions as set forth in Schedule C of the Debtor's Bankruptcy Schedules. If appropriate a specific objection is described in the below table. Whether or not the Trustee is making a specific objection, the Trustee is hereby objecting to all of the Debtor's exemptions for the reasons more fully stated below:

| Description of Property | Statute Cited | Exemption Claimed | Petition Value | Trustee's Estimated Value |
|---|---|---|---|---|
| 1627 6th Ave SW, Puyallup, WA 98371 | Wash. Rev. Code§§ 6.13.010, 6.13.020, 6.13.030 | $125,000.00 | $341,000.00 | Pending Trustee Determination |

TRUSTEE'S OBJECTIONS TO PROPERTY
CLAIMED AS EXEMPT - 1

Budsberg Law Group, PLLC
PO Box 8928
Lacey, WA 98509
Phone: (360) 584-9093

The Trustee is objecting, in part, to preserve his rights to object pending receipt of more information about the debtors' assets.

The Trustee is also objecting to any attempt to claim an exemption which is in excess of the value allowed by federal or state law where circumstances require more time or information to make a final determination.

The Trustee objects to the exemption of any property where no exemption is permitted under federal or state law.

The Trustee objects to the exemption if or when the actual value of an asset exceeds the value given by the debtor(s).

The Trustee objects to the exemption in any asset if the debtor has failed to provide information or documentation to the Trustee or has failed to cooperate with the Trustee regarding the investigation of the debtor(s) financial affairs or has concealed any property.

The Trustee reserves the right to assert any other basis for an objection regarding any exemption or otherwise amend his objections to any exemption as may be determined appropriate at a later date or to set this Objection for later hearing.

Dated this 9th day of September, 2019**.**

Budsberg Law Group, PLLC, PLLC

/s/ Brian L. Budsberg
Brian L. Budsberg, 11225
Trustee

TRUSTEE'S OBJECTIONS TO PROPERTY
CLAIMED AS EXEMPT - 2

Budsberg Law Group, PLLC
PO Box 8928
Lacey, WA 98509
Phone: (360) 584-9093

## CERTIFICATE

On this day, I forwarded a true and accurate copy of the document to which this certificate is affixed via United States Postal Service, postage prepaid, to the Debtor herein.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 9th day of September, 2019, at Olympia, Washington.

                                        Budsberg Law Group, PLLC, PLLC

                                        /s/ Lynda Carpenter
                                        Lynda Carpenter, Trustee Assistant

TRUSTEE'S OBJECTIONS TO PROPERTY
CLAIMED AS EXEMPT - 3

Budsberg Law Group, PLLC
PO Box 8928
Lacey, WA 98509
Phone: (360) 584-9093